UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **COURTNEY BATEMAN,** ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | No. 4:07CV1991-DJS |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

### JUDGMENT

Pursuant to the memorandum and order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this   10th   day of November, 2009.

                                           /s/Donald J. Stohr
                                           UNITED STATES DISTRICT JUDGE